United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TEDROS ABREHA, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00123 |
| KRISTI NOEM, *et al.,* | § | |
| "Respondents." | § | |

## ORDER

Before the Court is "Petitioner's Original Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief" ("Petition") (Dkt. No. 1), "Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction" ("First TRO") (Dkt. No. 3), and "Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction" ("Second TRO") (Dkt. No. 7). It is **ORDERED** that Respondents shall file a response to Petitioner's Petition, First TRO, and Second TRO by **April 1, 2026 at 5:00 p.m. CST**.

Signed on  March 18, 2026.

Rolando Olvera
United States District Judge