United States District Court
Southern District of Texas

**ENTERED**

May 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TEDROS ABREHA, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00123 |
| MARKWAYNE MULLIN, *et al.,* | § | |
| "Respondents" | § | |

**ORDER**

Before the Court is "Petitioner's Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e) or, In the Alternative, Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b)" ("Motion") (Dkt. No. 15). It is **ORDERED** that Respondents shall file a response to Petitioner's Motion by **June 6, 2026, at 5:00 p.m. CST**.

SIGNED this May 27, 2026

_____
Rolando Olvera
United States District Judge