United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TEDROS ABREHA, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00123 |
| MARKWAYNE MULLIN, *et al.,* | § | |
| "Respondents" | § | |

## ORDER

Before the Court are "Petitioner's Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e) or, In the Alternative, Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b)" ("Motion") (Dkt. No. 15), and "Response in Opposition to Motion to Alter Judgment" ("Response") (Dkt. No. 17). It is **ORDERED** that Petitioner shall file a reply to Respondent's Response (Dkt. No. 17) by **July 10, 2026, at 5:00 p.m. CST**.

SIGNED this June 30, 2026

_____
Rolando Olvera
United States District Judge

1 / 1