United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TEDROS ABREHA,<br>"Petitioner,"<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*<br>"Respondents" | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00123 |

**ORDER**

Before the Court is "Petitioner's Reply to Response to Motion to Alter Judgment Or Motion for Relief from Judgment" (Dkt. No. 19) ("Reply"). It is **ORDERED** that Respondents shall file a sur-reply to Petitioner's Reply (Dkt. No. 19) by **September 4, 2026, at 5:00 p.m. CST**.

SIGNED this August 18, 2026

Rolando Olvera
United States District Judge